# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZETTE BAKER, CAMILLE ADAMS, DONJUA MOSELEY, JENALI GRAHAM, CHERYL STONE, GLORIA PRIETO, FALLON MATTHEWS, PENNY DALTON, CHARISSE STEVENSON, KODI TWISS, TRINA SMITH, DORETTA LOPEZ, ELIZABETH CARDINET, CRISTINA MASCCORRO, CARLA WEAVER, and HEIDI SKAGGS, <br><br> Plaintiffs, <br> vs. <br><br> TEMP R. PATTERSON, M.D., TEMP R. PATTERSON, M.D., P.A., AMBULATORY SURGERY CENTER OF BURLEY, L.L.C., JOSEPH R. PETERSEN, M.D., and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | No. 4:16-CV-00181-MWB <br><br> **ORDER REGARDING THE PARTIES' STIPULATION TO STAY PROCEEDINGS** |

_____

This case is before me on the parties' July 18, 2016, Stipulation To Stay Proceedings (docket no. 29) (Stipulation). The parties have stipulated that (1) all proceedings in this matter shall be stayed until August 11, 2016, unless by further agreement of the parties or order of the court; and (2) the stay includes the defendants' replies to the plaintiffs' responses to their respective motions to dismiss, which were originally due July 28, 2016, and shall now be due and filed on August 11, 2016. In a Notice of Withdrawal Of Motion For Stay Pursuant To Idaho's Prelitigation Screening Panel Statues (docket no. 30), also filed today by defendants Joseph R. Peterson, M.D.,

and Ambulatory Surgery Center of Burley, L.L.C., those defendants represent that, if the court approves the stipulation and enters an order accordingly, their Motion To Stay (docket no. 21) will be moot. I find good cause to approve the parties' stipulation. Also, although I read the Notice (docket no. 30) to make withdrawal of the Motion To Stay (docket no. 21) conditional upon approval of the Stipulation, I note that the Clerk of Court has already terminated the Motion To Stay.

THEREFORE, I **approve** the parties' July 18, 2016, Stipulation To Stay Proceedings (docket no. 29) and, pursuant to that Stipulation,

1.    all proceedings in this matter shall be **stayed** until August 11, 2016, unless by further agreement of the parties or order of the court; and

2.    the stay includes the defendants' replies to the plaintiffs' responses to their respective motions to dismiss, which were originally due July 28, 2016, and shall now be due and filed on August 11, 2016.

**IT IS SO ORDERED**.

**DATED** this 18th day of July, 2016.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE

2