# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZETTE BAKER, CAMILLE ADAMS, DONJUA MOSELEY, JENALI GRAHAM, CHERYL STONE, GLORIA PRIETO, FALLON MATTHEWS, PENNY DALTON, CHARISSE STEVENSON, KODI TWISS, TRINA SMITH, DORETTA LOPEZ, ELIZABETH CARDINET, CRISTINA MASCCORRO, CARLA WEAVER, and HEIDI SKAGGS, <br><br>　　　　　Plaintiffs, <br>vs. <br><br>TEMP R. PATTERSON, M.D., TEMP R. PATTERSON, M.D., P.A., AMBULATORY SURGERY CENTER OF BURLEY, L.L.C., JOSEPH R. PETERSEN, M.D., and JOHN DOES 1 THROUGH 10, <br><br>　　　　　Defendants. | No. 4:16-CV-00181-MWB <br><br>**ORDER REGARDING THE PARTIES' STIPULATION TO EXTEND BRIEFING ON MOTIONS TO DISMISS** |

　　　　This case is before me on the parties' December 20, 2016, Stipulation To Extend Briefing On Motions To Dismiss And Reset Notices Of Deposition (docket no. 45) (Stipulation). The parties have stipulated that, owing to the intervening holidays and complexity of the preparations, (1) the plaintiffs shall serve responses to the pending motions to dismiss (docket nos. 43 and 44) on or before February 9, 2017; and (2) the Rule 30(b)(6) depositions shall be reset on dates specified in mid-February. They request an order consistent with their Stipulation. I find it unnecessary for the court to become involved in the scheduling of the Rule 30(b)(6) depositions, but I agree that the parties

have stated good cause for the extension of the plaintiffs' deadline to respond to the pending motions to dismiss.

THEREFORE, **I approve** the parties' December 20, 2016, Stipulation (docket no. 45) and, pursuant to that Stipulation, the plaintiffs shall have **to and including February 9, 2017,** within which to file responses to the pending motions to dismiss (docket nos. 43 and 44).

**IT IS SO ORDERED**.

**DATED** this 21st day of December, 2016.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE