IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZETTE BAKER, CAMILLE ADAMS, DONJUA MOSELEY, JENALI GRAHAM, CHERYL STONE, GLORIA PRIETO, FALLON MATTHEWS, PENNY DALTON, CHARISSE STEVENSON, KODI TWISS, TRINA SMITH, DORETTA LOPEZ, ELIZABETH CARDINET, CRISTINA MASCCORRO, CARLA WEAVER, and HEIDI SKAGGS, <br><br> Plaintiffs, <br> vs. <br><br> TEMP R. PATTERSON, M.D., TEMP R. PATTERSON, M.D., P.A., AMBULATORY SURGERY CENTER OF BURLEY, L.L.C., JOSEPH R. PETERSEN, M.D., and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | No. 4:16-CV-00181-MWB <br><br> **ORDER REGARDING THE PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT** |

_____

This case is before me on the plaintiffs' February 6, 2017, Motion To Exceed Page Limit (docket no. 49), concerning the plaintiffs' brief, some 23 pages in length, in response to the Peterson Defendants' Renewed Motion To Dismiss. The plaintiffs represent that the nature of the underlying motion and, presumably, the nature of the arguments for dismissal, constitute the required "unusual circumstances" that warrant an overlength brief pursuant to Local Rule 7.1(a)(2). They also represent that opposing counsel has been contacted and has no objection to the overlength brief. I find good cause to grant the motion.

THEREFORE, the plaintiffs' February 6, 2017, Motion To Exceed Page Limit (docket no. 49) is **granted**, and the plaintiffs have leave of the court to file the overlength brief in question.

**IT IS SO ORDERED**.

**DATED** this 7th day of February, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE