IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZETTE BAKER, *et al.*,<br><br>        Plaintiffs,<br>vs.<br><br>TEMP R. PATTERSON, M.D., *et al.*,<br><br>        Defendants. | No. 4:16-CV-00181-MWB<br><br>ORDER REGARDING STIPULATION CONCERNING RULE 30(b)(6) DEPOSITION AND EXTENSION OF TIME |

_____

Pursuant to the February 7, 2017, Stipulation To Vacate 30(b)(6) Deposition Of Temp R. Patterson, M.D., P.A., And Extend Deadline For Plaintiffs' Response To Patterson Defendants' Motion To Dismiss (docket no. 51),

1.  The Rule 30(b)(6) deposition of Temp R. Patterson, M.D., P.A., previously noticed for February 15, 2017, is **vacated**;

2.  The deadline for the plaintiffs to respond to the Patterson Defendants' Motion To Dismiss is **extended by thirty days**.

**IT IS SO ORDERED**.

**DATED** this 8th day of February, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE