UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUZETTE BAKER, CAMILLE ADAMS, DONJUA MOSELEY, JENALI GRAHAM, CHERYL STONE, GLORIA PRIETO, FALLON MATTHEWS, PENNY DALTON CHARISSE STEVENSON, KODI TWISS, TRINA SMITH, DORETTA LOPEZ, ELIZABETH CARDINET, CRISTINA MASCCORRO, CARLA WEAVER AND HEIDI SKAGGS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TEMP R. PATTERSON, M.D., TEMP R. PATTERSON, M.D., P.A.,<br><br>　　　　Defendants. | Case No. 4:16-CV-00181-MWB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　This matter is before me on the parties' Stipulation for Dismissal with Prejudice (docket no. 60). I find that dismissal pursuant to the terms of the Stipulation is appropriate.

　　　THEREFORE, the complaint against Defendants Temp R. Patterson, M.D., and Temp R. Patterson, M.D. P.A., may be dismissed with prejudice, with Plaintiffs and Defendants to bear their own costs and fees.

　　　**IT IS SO ORDERED.**

　　　**DATED** this 5th day of June, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE